# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 JAN 21 P 2:39

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Michael L. Corbitt JR

v.

(Full name of defendant(s))

Wisconsin Department of Corrections Officers & Staff. Sargents Names unkown -

Case Number:

**20-C-0098**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at PO Box 05911 (State) MSDF 1015 N<sup>th</sup> 10th Street Milwaukee WI 53233
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Wisconsin Department of Corrections
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

(State, if known)

and (if a person) resides at UK,

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Department of Corrections 1015 N+h 10th milw WI

(Employer's name and address, if known) 53233

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Department of Corrections Staff Officers and or Sargents

2. Opened + closed the Intake Slider door on my Body

3. May 31. 2019 15:1500 HRS

4. Intake Sally Port, in Milwaukee Secure Detention facility.

5. Because they were not Paying attention.

Plantiff Michael L. Corbitt JR is a inmate at Milwaukee Secure Detention facity Plantiff Corbitt was Returing from a Escorted hospital Visit when He Return to the facity Hes housed in and the slider Electric doors Inmates are tranfeered threw Are Controlled by the defendants Sgts and officers who

Complaint – 2

opens + closed them threw radio transmission from intake officers + sargents. The door was asked to be opened & closed right away on the plaintiff Michael Corbett 5/31/19. 3:15pm is Time & Date it occured. I beleve they were not paying attention.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

TO ADMIT Due to Short Staff shortages and Over time AT the facility at a all time high. More Training & Hire More Staff so everyone can be more Attentive.

And $300,000.° dollars for Damages & Pain & Suffering
Three hundred Thousand Dollars.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___1___ day of __January__ 20_20_.

Respectfully Submitted,

_____
Signature of Plaintiff

__370730__
Plaintiff's Prisoner ID Number

Milwaukee Secure Detention facility
PO Box 05911 Milwaukee Wisconsin 53205
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.